UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00048 |
| | ) | JUDGE CAMPBELL |
| CHARLES WARD, JR. | ) | |

ORDER

The Court is in receipt of a Motion for Ineffective Assistance of Counsel (Docket No. 16)

filed by Defendant pro se.

The Court will hold a hearing on the Motion on June 27, 2013 at 10:00 a.m.

It is so ORDERED.

_Todd Campbell_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE